IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **YENNI PATRICIA NUNEZ FUENTES, et al.,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) **Civil Action No. 1:15-cv-1337 (AJT/IDD)** ) |
| **PRESIDENTIAL DETAILING L.L.C., et al.** | ) ) ) |
| **Defendants.** | ) ) |

## JOINT MOTION FOR ORDER APPROVING SETTLEMENT

Plaintiffs and Defendants (Plaintiffs and Defendants collectively referred to as "Parties") file this Joint Motion for Order Approving Settlement, and for the reasons set forth in the accompanying Memorandum in Support of Motion for Order Approving Settlement respectfully request the Court to approve the individual settlement reflected in Defendants' December 28, 2015 Offer Of Judgment, a copy of which is attached to Plaintiffs' January 7, 2016 Notice of Acceptance of Offer of Judgment (Docket #21), including the waiver of claims by the Dismissing Plaintiffs, and enter the Proposed Order. Entry of the Proposed Order will "secure the just, speedy and inexpensive determination" of these actions in accordance with FED. R. CIV. P.

Respectfully submitted,

By:           /s/
THOMAS F. HENNESSY (VSB No. 32850)
*Counsel for Plaintiffs*
4015 Chain Bridge Road
Suite G
Fairfax, Virginia 22030
Phone: (703) 865-8836
Fax:    (703) 865-7633
th@virginiawage.com.

By:           /s/
A. Charles Dean, Esq.
Attorney at Law
Gross & Romanick, P.C.
*Counsel for Defendants*
3975 University Drive, Suite 410
Fairfax, VA 22030
(703) 273-1400 (telephone)
(703) 385-9652 (facsimile)
www.gross.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2016, I electronically filed the foregoing Joint Motion for Order Approving Settlement with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to any counsel of record.

By:           /s/
Virginia Employment and Family Law Office
By: Thomas F. Hennessy, Esq., VSB 32850
4015 Chain Bridge Road, Suite G
Fairfax, Virginia 22030
Tel (703) 865-8836
Fax (703) 865-7633
TH@virginiawage.com
*Counsel for Plaintiffs*

2