IN THE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| **YENNI PATRICIA NUNEZ FUENTES, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Civil Action No. 1:15-cv-1337 (AJT/IDD) |
| **PRESIDENTIAL DETAILING L.L.C., et al.** | ) ) ) | |
| **Defendants.** | ) ) ) | |

## JUDGMENT PURSUANT TO RULE 68

**WHEREAS,** plaintiffs commenced this action by filing a complaint on October 14, 2015, alleging violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.*; and

**WHEREAS**, on December 28, 2015, defendants Kevin Rohalmin, Presidential Detailing L.L.C., and New Look Auto Appearance, LLC made an Offer of Judgment in this matter pursuant to Rule 68 of the Federal Rules of Civil Procedure (Exhibit A attached hereto); and

**WHEREAS**, on January 7, 2016, plaintiffs accepted the defendants' offer (Exhibit B attached hereto):

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Judgment be and hereby is entered against the Defendant Kevin Rohalmin, Presidential Detailing L.L.C., and New Look Auto Appearance, LLC in favor of the Plaintiffs Javier Enrique Ayala, Alejandro Barrientos, Elmer Barrientos, Carlos Mario Garcia, Edwin Escobar Zometa, Elvia Marina Caceros, Jose

Alejandro Lopez Garcia, Yessica Ordonez, Regina Polanco Rosales, Christopher J. Fincham, Ed Bryan Wilson, Jose Polanco, G. Maribel S. Quihzpe, and Veronica Murillo in the sum of one hundred eighty-seven thousand four hundred nineteen dollars and eighty-four cents ($187,419.84), pursuant to the Rule 68 offer of judgment, and the defendants Kevin Rohalmin, Presidential Detailing L.L.C., and New Look Auto Appearance, LLC (hereinafter "defendants") shall each be jointly and severally liable to the plaintiffs for this amount. The defendants also shall pay plaintiffs' reasonable attorney's fees and costs as of the date of the Offer of Judgment in an amount to be determined upon motion by plaintiffs' attorney. The amount of the attorney's fees and costs shall be paid to plaintiff's attorney, Virginia Employment and Family Law Office.

2. The voluntarily dismissal, with prejudice, of the claims of Yenni Patricia Nunez Fuentes, Juan Jose Caceros Codoy, Elvia Maria Caceros, Leticia Calix, and Astrid Gisselle Cribas is hereby approved and such dismissal shall constitute a full and complete waiver of claims by such individuals.

3. This judgment shall be in full satisfaction of all federal and state claims or rights that plaintiffs may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official or employee, either past or present, of defendants, in connection with the facts and circumstances that are the subject of this action.

4. The offer of judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed as an admission of liability by defendants or any official, employee, representative, or agent of the defendants, past or present; nor is it an admission that plaintiffs have suffered any damages.

5. Acceptance of the offer of judgment has acted to release and discharge defendants, their successors and assigns, and all past and present officials, employees, representatives and agents of the defendants, from any and all claims that were or could have been alleged by any plaintiffs in this action.

Dated: _____, 2016

SO ORDERED:

_____
ANTHONY J. TRENGA, U.S.D.J