IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| YENNI PATRICIA NUNEZ FUENTES, *et al.*,    )<br>)<br>)<br>Plaintiffs,    )<br>)<br>v.    )<br>)<br>PRESIDENTIAL DETAILING L.L.C., *et al.*    )<br>)<br>)<br>Defendants.    )<br>_____) | Civil Action No. 1:15-cv-1337 (AJT/IDD) |

## ORDER

Presently pending is the parties' Joint Motion for Order Approving Settlement [Doc. No. 23] (the "Settlement Motion"). Upon consideration of the Settlement Motion and the memoranda of law in support thereof, the Court finds the settlement to be fair and reasonable. Accordingly, it is hereby

ORDERED that the Settlement Motion [Doc. No. 23] be, and the same hereby is, GRANTED; and it is further

ORDERED that judgment be, and the same hereby is, ENTERED against defendants in favor of plaintiffs in the amount of one hundred eighty-seven thousand four hundred nineteen dollars and eighty-four cents ($187,419.84) pursuant to the Rule 68 Offer of Judgment [Doc. No. 65, Ex. 1], and defendants shall each be jointly and severally liable to plaintiffs for this amount. Defendants shall pay plaintiffs' reasonable attorneys' fees and costs as of the date of the Offer of Judgment in an amount to be determined upon motion by plaintiffs' counsel. The amount of attorneys' fees and costs shall be paid to plaintiffs' attorney, the Virginia Employment and Family Law Office; and it is further

ORDERED that the voluntary dismissal, with prejudice, of the claims of Yenni Patricia Nunez Fuentes, Juan Jose Caceros Codoy, Elvia Maria Caceros, Leticia Calix, and Astrid Gisselle Cribas be, and the same hereby is, APPROVED and such dismissal shall constitute a full and complete waiver of claims by such individuals; and it is further

ORDERED that the judgment shall be in full satisfaction of all federal and state claims or rights that plaintiffs may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official or employee, either past or present, of defendants, in connection with the facts and circumstances that are the subject of this action; and it is further

ORDERED that the Offer of Judgment, made for the purposes specified in Fed. R. Civ. P. 68, is not to be construed as an admission of liability by defendants or any official, employee, representative, or agent of defendants, past or present, or as an admission that plaintiffs have suffered any damages; and it is further

ORDERED that defendants' acceptance of the Offer of Judgment releases and discharges defendants, their successors and assigns, and all past and present officials, employees, representatives and agents of defendants, from any and all claims that were or could have been alleged by any plaintiffs in this action.

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 68 and 58 in favor of plaintiffs Yenni Patricia Nunez Fuentes *et al.* against defendants Presidential Detailing L.L.C., *et al.* in the amount of $187,419.84, and to forward a copy of this Order to all counsel of record.

/s/

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 28, 2016

2