IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| Yenni Patricia Nunez Fuentes, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 1:15cv1337-AJT-IDD |
| | ) |
| Presidential Detailing L.L.C, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT BY THE CLERK

PURSUANT to Rule 68 and 58 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of the plaintiffs' Yenni Patricia Nunez Fuentes, Javier Enrique Ayala, Elmer Barrientos, Carlos Mario Garcia, Edwin Escobar Zometa, Juan Jose Caceros Codoy, Elvia Marina Caceros, Jose Alejandro Lopez Garcia, Jessica Ordonez, Ed Bryan Wilson, Alejandro Barrientos, Astrid Gisselle Cribas, and Leticia Cribas and against the defendants', Presidential Detailing L.L.C., New Look Auto Appearance, LLC, and Kevin Rohalmin in the amount of $187,419.84 with costs accrued.

Dated at Alexandria, Virginia, this 29th day of January, 2016.

FERNANDO GALINDO, CLERK

BY: _____
Deputy Clerk