IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **YENNI PATRICIA NUNEZ FUENTES, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**PRESIDENTIAL DETAILING** )<br>**L.L.C., et al.** )<br>)<br>**Defendants.** )<br>_____) | **Civil Action No. 1:15-cv-1337 (AJT/IDD)** |

**PLAINTIFFS' MOTION TO APPROVE ATTORNEY'S FEES AND COSTS**

COME NOW PLAINTIFFS, by counsel, pursuant to 29 U.S.C. § 216(b) and Rule 54(d)(2) of the Federal Rules of Civil Procedure, and respectfully move this Court to approve their attorney's fees and costs. In support of this Motion Plaintiffs have filed contemporaneously herewith their Memorandum in Support of Motion to Approve Attorney's Fees and Costs.

Wherefore, for all of the Foregoing reasons, Plaintiffs respectfully request that this Court award them $25,636.00 in attorney's fees and costs

YENI NUNEZ FUENTES, et al.

By Counsel

By: _____/s/_____
THOMAS F. HENNESSY (VSB No. 32850)
*Counsel for Plaintiffs*
4015 Chain Bridge Road
Suite G
Fairfax, Virginia 22030
Phone: (703) 865-8836
Fax:    (703) 865-7633
th@virginiawage.com.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of February, 2016, I electronically filed the foregoing Plaintiffs' Motion to Approve Attorney's Fees and Costs with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to any counsel of record

By:          /s/_____
Virginia Employment and Family Law Office
By: Thomas F. Hennessy, Esq., VSB 32850
4015 Chain Bridge Road, Suite G
Fairfax, Virginia 22030
Tel (703) 865-8836
Fax (703) 865-7633
TH@virginiawage.com
*Counsel for Plaintiffs*