IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

YENNI PATRICIA NUNEZ )
FUENTES, *et al.*, )
)
          Plaintiffs, )
)
       v. )          Civil Action No. 1:15-cv-1337 (AJT/IDD)
)
PRESIDENTIAL DETAILING )
L.L.C., *et al.* )
)
          Defendants. )
_____ )

## ORDER

On Friday, March 4, 2016, the Court held a hearing on plaintiffs Yenni Patricia Nunez

Fuentes, *et al.*'s Motion to Approve Attorneys' Fees and Costs [Doc. No. 30] (the "Motion").

Upon consideration of the Motion, the memoranda of law in support thereof and in opposition

thereto, the arguments of counsel, and for the reasons stated in open court during the March 4,

2016 hearing, it is hereby

ORDERED that plaintiffs' Motion [Doc. No. 30] be, and the same hereby is, GRANTED

in part and DENIED in part.  The Motion is GRANTED to the extent that the Court awards

attorneys' fees in the amount of $25,000.00; and the Motion is otherwise DENIED.

The Clerk is directed to enter judgment against defendants pursuant to Fed. R. Civ. P. 58

in accordance with this Order and the Court's prior Orders [Doc. Nos. 26, 36] and to forward a

copy of this Order to all counsel of record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 4, 2016