**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

| | |
|---|---|
| Yenni Patricia Nunez Fuentes, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action # 1:15-cv-1337 (AJT/IDD) |
| | ) |
| | ) |
| Presidential Detailing L.L.C., et al. | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

PURSUANT to the order of this Court entered on March 4, 2016 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the plaintiffs' Javier Enrique Ayala, Elmer Barrientos, Carlos Mario Garcia, Edwin Escobar Zometa, Jose Alejandro Lopez Garcia, Jessica Ordonez, Ed Bryan Wilson, Alejandro Barrientos, Regina Polanco Rosales, Christopher James Fincham, Jose Leonidas Polanco, Gladiz Maribel Sozoran Quihzpe, and Veronica Murillo and against the defendants New Look Auto Appearance, LLC, and Kevin Rohalmin in the amount of $25,000.00 for attorneys' fees.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
G. Walker
Deputy Clerk

Dated: March 7, 2016
Alexandria, Virginia